**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Rubi Roxana MARTINEZ–SOTO,**
**Defendant–Appellant.**

No. 13–10633.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 9, 2014.*

Filed Dec. 17, 2014.

Sandra Marie Hansen, Esquire, Assistant U.S., USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

George Herman Soltero, Esquire, Tucson, AZ, for Defendant–Appellant.

Before: WALLACE, LEAVY, and BYBEE, Circuit Judges.

## MEMORANDUM **

Rubi Roxana Martinez–Soto challenges the 48–month, below-Guidelines sentence imposed by the district court following her guilty-plea conviction for possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), and importation of methamphetamine, in violation of 21 U.S.C. §§ 952(a), 960(a)(1) and 960(b)(1)(H). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Martinez–Soto claims that the district court applied the wrong legal standard to her request for a minor role reduction under U.S.S.G. § 3B1.2(b). Our review is de novo. *See United States v. Hurtado,* 760 F.3d 1065, 1068 (9th Cir.2014). The district court properly compared Martinez–Soto's culpability to that of the average participants in the overall drug trafficking scheme in which she was involved. *See id.* at 1068–69.

Moreover, the district court did not clearly err in finding that Martinez–Soto's role in the drug trafficking scheme was not minor, given that she was paid by the traffickers to import a substantial quantity

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

of pure methamphetamine into this country, and had also worked as a drug courier for them two days before her arrest. *See United States v. Rodriguez–Castro,* 641 F.3d 1189, 1192–93 (9th Cir.2011).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.